Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Attorney for Defendant
*SONY MUSIC ENTERTAINMENT*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISON

| | |
|---|---|
| OLMO ZUCCA and JACKSON LOMASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual; TYLA SEETHAL, an individual; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06807-CV-SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served:<br>September 9, 2025<br><br>Current response deadline:<br>September 30, 2025<br><br>Proposed new response deadline:<br>November 14, 2025 |

## STIPULATION

Pursuant to this Court's Local Rule 8-3, plaintiffs OLMO ZUCCA and JACKSON LOMASTRO ("Plaintiffs") and defendant SONY MUSIC ENTERTAINMENT. ("SME") hereby submit this stipulation extending the time for SME to respond to Plaintiffs' Complaint in this action.

WHEREAS, Plaintiffs filed their Complaint in this action on July 25, 2025;

WHEREAS, Plaintiffs served SME on or about September 9, 2025;

WHEREAS, SME has only recently engaged counsel, and SME's counsel is just beginning the process of reviewing the factual record and the allegations contained in the Complaint;

WHEREAS, Plaintiffs' counsel and SME's counsel have had a very preliminary conversation concerning a potential resolution of this matter as to SME, and require additional time to continue such discussions;

WHEREAS, an extension of 45 days for SME to respond to the Complaint is appropriate and will not prejudice any party, burden the Court, or cause undue delay in the progress of this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and SME that, subject to the Court's approval, SME's time to respond to the Complaint is extended 45 days through and including November 14, 2025.

**Pryor Cashman LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

1

IT IS SO STIPULATED.

**THE DAS FIRM, APC.**

Dated: September 30, 2025   By:   */s/ Dev Das*
Dev Das
*dev@thedasfirm.com*

*Attorney for Plaintiff*

**PRYOR CASHMAN LLP**

Dated: September 30, 2025   By:   */s/ Benjamin S. Akley*
Benjamin S. Akley
*bakley@pryorcashman.com*

*Attorneys for Defendant,*
SONY MUSIC ENTERTAINMENT

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 30, 2025   By:   */s/ Benjamin S. Akley*
Benjamin S. Akley
*bakley@pryorcashman.com*

**Pryor Cashman LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670