UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISON

OLMO ZUCCA, *et al.*

      Plaintiffs,

  vs.

SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual, *et al.*,

      Defendants.

Case No. 2:25-cv-06807-CV (SSCx)

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On September 30, 2025, Plaintiffs and Defendant Sony Music Entertainment ("SME") filed a Stipulation requesting that SME's deadline to respond to the Complaint be extended by 45 days. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

    1.    Defendant SME's time to respond to the Complaint is extended 45 days through and including November 14, 2025.

**IT IS SO ORDERED.**

Dated:   10/24/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE