Dev Das (State Bar No. 320712)
THE DAS FIRM, APC.
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (248) 943-4828
Email: dev@thedasfirm.com

*Attorneys for Plaintiffs*
OLMO ZUCCA and JACKSON LOMASTRO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLMO ZUCCA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual, *et al.*,<br><br>　　　　Defendants. | Case No. 2:25-cv-06807-CV (SSCx)<br><br>**NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE OF DEFENDANT SONY MUSIC ENTERTAINMENT** |

　　　　Plaintiffs Olmo Zucca and Jackson LoMastro ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the above-captioned action without prejudice as against Defendant Sony Music Entertainment ("SME"), with each of Plaintiffs and SME to bear their own respective costs, attorneys' fees, and expenses.

　　　　SME has not filed an answer or motion for summary judgment in this action, and thus is subject to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).

1

2
Dated: November 13, 2025

3

4

By:        */s/*      Dev Das

5
Dev Das (State Bar No. 320712)
THE DAS FIRM, APC.

6
644 S. Figueroa Street
Los Angeles, CA 90017

7
Telephone: (248) 943-4828
Email: dev@thedasfirm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - CCP §§ 1013a, 2015.5

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 644 S. Figueroa Street, Los Angeles, California, 90017.

On the date set forth below, I served the foregoing document described as follows: **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SONY MUSIC ENTERTAINMENT** on the interested parties in this action by placing ☐ the original/ ☒ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Benjamin S. Akley
Pryor Cashman LLP
Attorneys for Sony Music Entertainment and Tyla Seethal
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: 310.683.6641
Cell: 802.522.3927
Fax: 310.943.3397
bakley@pryorcashman.com

☐    BY US MAIL:  I deposited such envelopes in the mail at Los Angeles, California.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐    BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the addressee.

☐    BY FACSIMILE MACHINE:  The foregoing document was transmitted to the attached named persons by facsimile transmission from (xxx) xxx-xxxx on said date and the transmission was reported as complete and without error.

☒    BY E-MAIL: The foregoing document was transmitted to the attached named persons by e-mail from **on said date.

☒    (STATE)  I declare under penalty of perjury that the foregoing is true and correct.

☐    (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 14, 2025, at Los Angeles, California.

/s Dev Das
DEV DAS