Benjamin Akley (State Bar No. 278506)
BAkley@pryorcashman.com
Rebecca Mandel (State Bar No. 340990)
rmandel@pryorcashman.com
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

*Attorneys for Defendant Tyla Seethal*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLMO ZUCCA and JACKSON LOMASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual; TYLA SEETHAL, an individual; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06807-CV-SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed:<br>July 25, 2025<br><br>Current response deadline:<br>January 6, 2026<br><br>Proposed new response deadline:<br>February 5, 2026 |

STIPULATION

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

## STIPULATION

Pursuant to this Court's Local Rule 8-3, plaintiffs Olmo Zucca and Jackson LoMastro ("Plaintiffs") and defendant Tyla Seethal ("Tyla") (together, the "Parties") agree and stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on July 25, 2025;

WHEREAS, Tyla's waiver of service was entered on October 9, 2025;

WHEREAS, Tyla's response to the Complaint is due on January 6, 2026;

WHEREAS, this is the first extension request Tyla has made;

WHEREAS, Tyla understands that co-defendant Samuel Awuku has only recently been served;

WHEREAS, an extension of 30 days for Tyla to respond to the Complaint will not prejudice any party, burden the Court, or cause undue delay in the progress of this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Tyla that Tyla's time to respond to the Complaint is extended 30 days through and including February 5, 2026.

IT IS SO STIPULATED.

**PRYOR CASHMAN LLP**

Dated: December 19, 2025   By:   */s/ Rebecca Mandel*
Benjamin Akley
*BAkley@pryorcashman.com*
Rebecca Mandel
*rmandel@pryorcashman.com*

*Attorneys for Defendant Tyla Seethal*

**THE DAS FIRM, APC**

Dated: December 19, 2025   By:   */s/ Dev Das*
Dev Das
*dev@thedasfirm.com*

*Attorney for Plaintiffs*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: December 19, 2025   By:   */s/ Rebecca Mandel*
Rebecca Mandel
*rmandel@pryorcashman.com*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670