DEV DAS (SBN 320712)
**THE DAS FIRM, APC**.
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Email: dev@thedasfirm.com

Attorneys for Plaintiffs
Olmo Zucca and Jackson Lomastro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLMO ZUCCA and JACKSON LOMASTRO,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>SAMUEL AWUKU, professionally known as SAMMY SOSO, an individual; TYLA SEETHAL, an individual; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-06807-CV-SSC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TYLA SEETHAL**<br><br>Complaint filed:<br>July 25, 2025 |

Plaintiffs Olmo Zucca and Jackson LoMastro ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the above captioned action without prejudice as against Defendant Tyla Seethal, with each of Plaintiffs and Ms. Seethal to bear their own respective costs, attorneys' fees, and expenses. Ms. Seethal has not filed an answer or motion for summary judgment in this action, and thus is subject to dismissal under Fed. R. Civ. P. 41(a)(1)(A).

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**THE DAS FIRM, APC**

Dated: February 6, 2026       By:   */s/ Dev Das*
                                    Dev Das
                                    *Attorney for Plaintiffs*

.

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TYLA SEETHAL**

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 S. Figueroa Street Los Angeles, CA 90017.

On February 5, 2026, I served the foregoing document described as **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TYLA SEETHAL** on the parties in this action by placing the true copies thereof enclosed in sealed envelopes addresses as stated below:

> Attorneys for Tyla Seethal
> Benjamin S. Akley
> Rebecca Mandel
> Pryor Cashman LLP
> 1901 Avenue of the Stars, Suite 900
> Los Angeles, California 90067
> Tel: 310.683.6641
> Cell: 802.522.3927
> Fax: 310.943.3397
> bakley@pryorcashman.com

**The documents were served by the following means:**

**By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **By Electronic Service:** I caused the aforementioned document(s) to be electronically served on all counsel of record to the above-listed electronic mail address(es).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s Dev Das_____
Dev Das

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TYLA SEETHAL**